■ In the Matter of PLAIN-PIKE REALTY Co., INC., Appellant, against DOUGLAS W. SANFORD, as Building Inspector of the Village of Lake Success, Respondent.— *Appeal from an order dismissing the petition in a proceeding pursuant to article 78 of the Civil Practice Act.* Appellant brought the proceeding to compel respondent to issue a building permit for the erection of an automobile service station in a residence "B" district, where such use is prohibited, and to declare the local zoning ordinance unconstitutional and void insofar as it limits appellant's property to the uses permitted in such a district. *Order unanimously affirmed, with costs.* Appellant, having asserted an invasion of its property rights, had the burden of establishing that the property was so situated that it was not reasonably adapted for residential use (cf. *Vernon Park Realty* v. *City of Mount Vernon*, 307 N. Y. 493, 499). In our opinion, appellant failed to sustain that burden, whether its burden was to establish its case merely by a fair preponderance of the credible evidence (cf. *McKeon* v. *Van Slyck*, 223 N. Y. 392, 397) or beyond a reasonable doubt (cf. *Wiggins* v. *Town of Somers*, 4 N Y 2d 215, 218). Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.